**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

EDDIE DENSON,

        Plaintiff,

v.                                                    Case No:   6:22-cv-2140-WWB-LHP

THAWING MIN LIAN, VYCOS
LOGISTICS, LLC, PALADIN GROUP,
AIG CLAIMS INC., OFFICE OF DAN
NEWLIN "ATTORNEY" and
DAIRYLAND INSURANCE
COMPANY,

        Defendants

_____

**ORDER**

This cause comes before the Court on several motions for Clerk's default and default judgment filed by Plaintiff Eddie Denson, who appears *pro se*.   Doc. Nos. 21–30.   Upon review, all of the motions fail to comply with the Local Rules of this Court, including Local Rules 1.08,[1] 3.01(a), and 3.01(g).   And even if the Court overlooked these deficiencies, Plaintiff seeks Clerk's default and default judgment

---

[1] *See also In re: Local Rule Amendments*, No. 6:21-mc-3-Orl-WWB, Doc. No. 1 (M.D. Fla. Jan. 13, 2021), *available at* https://www.flmd.uscourts.gov/standing-order-judge-berger-revised-local-rules.

against several Defendants who have appeared in this case, each of which challenge service of process.   *See* Doc. Nos. 21, 23–26, 28–30.   *See also* Doc. No. 19. Accordingly, Plaintiff has not demonstrated that Clerk's default or default judgment as to these Defendants is proper.   *See* Fed. R. Civ. P. 55.   As it relates to Plaintiff's requests for Clerk's default and default judgment against Defendant "Attorney Dan Newlin," Plaintiff has not demonstrated that service of process was proper, justifying default.   *See* Doc. Nos. 22, 27.

For these reasons, Plaintiff's Motions (Doc. Nos. 21–30) are **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on May 11, 2023.

Leslie Hoffman Price
_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties